| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America<br>v.<br><br>Jaimian Rashaad Sims | Houston Division |
| | Criminal No. H-18-455 |
| | **EXHIBIT LIST** |
| The exhibit list of the United States of America is filed in reliance on Local Criminal Rule 55.2 for authenticity of exhibits and the procedure for objecting thereto | AUSAs: Sherri Zack and Kimberly Leo |
| Judge: David Hittner | Case Manager:<br>Ellen Alexander | Reporter: |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1 | Photos from the mansion | | | | |
| 2 | Jane Doe's phone | | | | |
| 3 | Jane Doe's text messages | | | | |
| 4 | Jane Doe's birth certificate | | | | |
| 5 | Photos from November 23, 2017 | | | | |
| 6 | Hotel records | | | | |
| 7 | JLean Instagram | | | | |
| 8 | Karma V Instagram | | | | |
| 9 | atmgee_ Instagram | | | | |
| 10 | Photos from Express Inn | | | | |
| 11 | Photo array shown to Jane Doe | | | | |
| 12 | Sauce Walka Remix disc | | | | |
| 13 | Sauce Walka 7:30 disc | | | | |
| 13.1 | Sauce Walka 7.30 Feat. Sauce Lean | | | | |
| 13.2 | Still photo with Jaimian Sims and Tabbitha Magness | | | | |
| 13.3 | Still photo with Jaimian Sims and "Kitty" | | | | |
| 13.4 | Sauce Lean and Sancho Saucy talks TSF and new music coming | | | | |
| 13.5 | 7:30 lyrics | | | | |
| 14 | Sauce Walka – A lot of That disc | | | | |
| 14.1 | Sauce Walka – A lot of That lyrics | | | | |
| 15 | Jaimian Sims' statement | | | | |
| 16 | | | | | |
| 17 | | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |